Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm| A Professional Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500; Fax: (562) 645-4494

Attorney for Debtor and Debtor-in-possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| In Re: | **CASE No.:1:17-BK-13263-MT** |
|---|---|
| | **Chapter 11** |
| **EDUARDO ANTONIO CANAS** | **MOTION FOR ISSUANCE OF FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATION OF DEBTOR, EDUARDO ANTONIO CANAS IN SUPPORT THEREOF** |
| **Debtors-In-Possession** | |
| | (NO HEARING REQUIRED) |

**TO: THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, SECURED LENDERS, TWENTY LARGEST UNSECURED CREDITOR, AND OTHER INTERESTED PARTIES:**

   Onyinye N. Anyama, (hereafter "Counsel"), attorney for Eduardo Antonio Canas, the above captioned debtor and debtor-in-possession (hereinafter "Debtor"), hereby files this Motion for Final Decree. In support of this motion, the Debtor states:

1

# I. THERE HAS BEEN "SUBSTANTIAL CONSUMMATION" OF THIS CHAPTER 11 PLAN.

This Court entered an Order of Confirmation of this Chapter 11 Plan on October 24, 2018 (Doc 82). Since that date, there has been "substantial consummation" of the Plan. 11 U.S.C. Section 1101(2) defines "substantial consummation" as follows:

    (A) transfer of all or substantially all of the property proposed by the plan to be transferred.

    (B) assumption by the debtor or by the successor to the debtor under the plan of the business or management of all or substantially all of the property dealt with by the plan; and

    (C) commencement of distribution under the plan.

In the case at bar, subsection (C) becomes the operative provision which establishes "substantial consummation" of the Plan. First, regarding Subsection (A), the Plan did not anticipate the transfer or sale to any third parties of the debtor's real property. This was a "reorganizing" rather than a "liquidating" bankruptcy.

Second, regarding Subsection (B) above, please note that the Plan provided for the debtor to maintain management, control, and supervision of his real properties following confirmation. The exclusive ownership and control of this property is the focus of this Chapter 11 proceeding.

Finally, regarding Subsection (C), the debtor has commenced making payments to scheduled secured classes on a monthly basis, the internal revenue service, and a monthly distribution to his general unsecured creditors as of the date of original writing of this motion. Thus, the Debtor has clearly commenced distribution of monies pursuant to this Plan, see the attached Declaration of the Debtor.

The determination of whether a case is fully administered is reviewed on a case by case basis. Several courts and commentators have indicated that an individual chapter 11 case may be closed. In *re Johnson,* 402 B.R.851 (Bankr, N.D. Ind. 2009) (in one sense the question becomes one of closing the case early so that creditors can be paid more or leaving it open and paying the U.S. Trustee. As between paying the money to creditors or paying it to the U. S. Trustee, the court believes the balance favors debtor's creditors…the costs of leaving this case open will outweigh the benefits of doing so and that creditors will be better off if it is closed now.: *id* at 857-858). Another court has found it impractical to refuse the closure of a case just because the individual chapter 11 debtor has long term debt obligations. In *re: Hilburger,* 2009 WL1515125 (Bankr. W.D.N.Y May 29, 2009) (The Court is "disinclined to interpret the Bankruptcy Code in such a way as to foist the quarterly fees onto creditors." *Id.* at 2.

**Summary of Distributions Pursuant to the Chapter 11 Confirmed Plan:**

All proper distributions have been made to the U.S. Trustee and to each respective class that was scheduled to receive distributions pursuant to the Plan, as follows:

a) U.S. Trustee Fees are paid when due: $325 per quarter (Paid through September 30, 2018).

b) Debtor will make any outstanding payment to the Office of the United States Trustee.

1. **Administrative Claims** have been paid on or about the Effective Date of the Plan: (incurred through date of confirmation).

2. **Priority Tax Claims**- shall be paid over the remaining 5 year period with 5% interest.

3. **Class 5(b) (Secured Claims)**

Class 5(b) Debtor is current on all monthly installments to Secured Creditor.

4. **Class 5(c) (Secured Claims)**

Class 5(c) Debtor is current on all monthly installments to Secured Creditor.

5. **Class 5(d) (Secured Claims)**

Class 5(d) Debtor has paid off the claim amount in full.

6. **Class 6(b) - (General Unsecured Claims)**

Class 6(b)- General Unsecured Claims

Debtor proposed to pay 1% of his unsecured claims and has commenced making payments to the general unsecured claims, and will continue to make his payments to class 6(b).

## II. CONCLUSION

As shown above, there has been substantial consummation of the plan. It is not anticipated that there will be any further applications for administrative expenses. There are no contested matters or adversary proceedings or any other motions which need to be resolved. The Debtor projects he will make the plan payments and comply with the terms of the Plan. The Debtor hereby serves notice that when all plan payments have been completed, the Debtor may move to reopen the case for the purpose of obtaining a discharge and Entry of a Final Decree.

It is respectfully requested therefore that this Court approve this Motion and Enter an Order for Issuance of Final Decree Closing Chapter 11 Case without entry of a discharge and for such other and further relief as the Court deems appropriate.

Dated: December 12, 2018

                                      Respectfully Submitted,

                                      /s/Onyinye N. Anyama
                                      Onyinye N. Anyama
                                      Attorney for Debtor and Debtor-in-possession
                                      Eduardo Antonio Canas

## DECLARATION OF EDUARDO ANTONIO CANAS

I, Eduardo Antonio Canas, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as witnesses, I could and would competently testify to the truthfulness of all of the below statements:

1. I am the debtor in the instant bankruptcy proceeding, filed on December 6, 2017, Case No. 1:17-bk-13263-MT. I make this declaration in support of the Motion filed herein for Issuance of Final Decree closing my Chapter 11 case.

2. I have personal knowledge of the matters as set forth herein and, if called upon as witnesses, I could and would testify competently with respect thereto.

3. I have maintained the management of my real property, which was the subject of this Chapter 11 bankruptcy proceedings and I have personally prepared and submitted all scheduled payments to creditors pursuant to the Plan.

4. I have reviewed the Motion and the statements contained therein are true, correct, and accurate to the best of our knowledge.

5. As indicated, the Order Confirming the Plan was entered on October 24, 2018. At the present time, there are no pending motions, contested matters, adversary actions, or appeals pending with respect to this case.

6. Specifically, each and every statement made regarding the identity, amount and frequency of payments to creditor classes, payments of administrative expenses on or about the Effective Date of the Plan, and payments of U.S. Trustee fees are true and accurate as referred to in Section A "Summary of Distributions Pursuant to the Chapter 11 Confirmed Plan". I am current on all scheduled payments to all creditors and the U.S. Trustee at this time to the best of my knowledge.

7.     I have also commenced making payments to all my general unsecured creditors.

8.     That I have made my 3rd quarterly payment to the U.S. Trustee in the amount of $325.00.

9.     That I will make any outstanding payments to the U.S Trustee.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this Declaration was executed this 12th day of December, 2018, at Los Angeles, California.

_____
Eduardo Antonio Canas
Debtor and Debtor-in-possession

| | |
|---|---|
| In re:<br>**Eduardo Antonio Canas**<br><br>Debtor(s). | CHAPTER: **11**<br><br>CASE NUMBER: **1:17-bk-13263-MT** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ISSUANCE OF FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATION OF DEBTOR, EDUARDO ANTONIO CANAS IN SUPPORT THEREOF ;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/13/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Onyinye N Anyama on behalf of Debtor Eduardo Antonio Canas**
onyi@anyamalaw.com, anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com

**Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)**
kate.bunker@usdoj.gov

**Todd S Garan on behalf of Creditor PROF-2013-M4 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee; Fay Servicing, LLC as servicer**
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**Todd S Garan on behalf of Interested Party Courtesy NEF**
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE**
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

**Gilbert R Yabes on behalf of Creditor PROF-2013-M4 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee; Fay Servicing, LLC as servicer**
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/13/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Secured and Twenty Largest Unsecured Creditors**
**Judge's Copy-Hon. Maureen Tighe-21041 Burbank Boulevard, Suite 324 / Courtroom 302**
**Woodland Hills, CA 91367**

☑ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **Eduardo Antonio Canas** | Debtor(s). | CASE NUMBER **1:16-bk-10767-MT** |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 13, 2018** | **Elizabeth Cruz** | **/s/Elizabeth Cruz** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9013-3.1**

**Debtors**
Eduardo Antonio Canas
20062 Londelius St
Northridge, CA 91324

**Debtors Attorney**
Onyinye N. Anyama
Anyama Law Firm, A Professional Corporation
18000 Studebaker Road,
Suite 325
Cerritos, CA 90703

**Attorney for Trustee:**
Katherine Bunker
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

**Secured Creditors**
**(via certified/priority mail)**
Gilbert Yates
Aldridge | Pite, LLP
4375 Jutland Drive
San Diego, CA 92117

Fay Servicing, LLC
Attn: Correspondence Mail
440 S Lasalle St 20th Fl
Chicago, IL 60605

Fay Servicing
Attn: Corporate Officer
PO Box 809441
Chicago, IL 60680

Los Angeles County Treasurer & Tax Collector
P.O Box 54110
Los Angeles, CA 90054

M A S Financial Servic
801 N Parkcenter Dr #104
Santa Ana, CA 92705

Statewide Auto
12039 Branford St
Sun Valley, CA 91352

**Internal Revenue Service**
Internal Revenue Service
300 North Los Angeles St, MS 5022
Los Angeles, CA 90012

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, Ca 90012

United States Department of Justice
Ben Franklin Station
P.O Box 683
Washington, DC 20044

**U.S. Securities and Exchange Commission**
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071

**Franchise Tax Board**
Bankruptcy Section MS A340
Franchise Tax Board
P.O Box 2952
Sacramento, CA 95812

**Twenty Largest Unsecured Creditors**
**(Note this category also contains all general unsecured creditors)**
American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Calvary Portfolio Services
500 Summit Lake Dr
Ste 400
Valhalla, NY 10595

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Merrick Bank
Resurgent Capital Services
P.O Box 10368
Greenville, SC 29603

Resurgent Capital Services c/o
Lvnv Funding Llc
Po Box 10587
Greenville, SC 29603