Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel. (562) 645-4500; Fax. (562) 318-3669

General Insolvency Counsel For
Debtors and Debtors-in-Possession

**FILED & ENTERED**

JAN 07 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>**EDUARDO ANTONIO CANAS**<br><br>Debtor-in-Possession | Chapter 11<br><br>Case No. **1:17-BK-13263-MT**<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ISSUANCE OF FINAL DECREE**<br><br>**(NO HEARING REQUIRED)** |

The Court having considered the Motion for Issuance of Final Decree and having received no objection to said Motion and for good cause appearing,

**IT IS ORDERED:**

The Motion for Final Decree is granted pursuant to 11 U.S.C. § 350(a) and FRBP 3022.
**IT IS FURTHER ORDERED** that a Final Decree closing this case is hereby entered.

###

Date: January 7, 2019

_____
Maureen A. Tighe
United States Bankruptcy Judge